

# PBGC Settlement Agreement

April 29, 2005

PRESENTATION TO OCUC OF UNITED, SUBJECT TO ALL APPLICABLE CONFIDENTIALITY RESTRICTIONS

UNITED

PRESENTATION TO OCUC OF UNITED, SUBJECT TO ALL APPLICABLE CONFIDENTIALITY RESTRICTIONS

# Termination Timing

- Hearing to approve PBGC settlement on May 4
- Ground Plan trustee agreement signed soon thereafter
  - Termination date 3/11/2005
- 10-14 Days after May 10 hearing, PBGC issues notice of determination that AFA and MA&PC plans should terminate
- UAL and PBGC execute trustee agreement for AFA and MA&PC plans
  - Termination date 5 days after notice of determination
- Execute trustee agreement on ALPA plan soon after May 10 hearing (to the extent consistent with ALPA deal)
  - Termination date same as latest date of any other plan
  - Court to determine if termination date is earlier (PBGC will seek 12/30/2004 termination date)

UNITED

Slide 8

PRESENTATION TO OCUC OF UNITED, SUBJECT TO ALL APPLICABLE CONFIDENTIALITY RESTRICTIONS

# Benefits of Settlement: Key Takeaways

- Benefits of settlement to United far outweigh value of consideration to PBGC, even assuming 100% success in plan termination litigation
- Settlement fits within business plan (actually cash positive) and exit financing target metrics
- Provides greater certainty and closure by eliminating
  - Uncertainty of future DB funding
  - Restoration funding risk
- Avoids certain legal and economic risks
  - Pension termination trial
  - Minimum funding contribution litigation
  - Setoff/administrative claim litigation
  - Substantive consolidation/joint and several liability
  - Appeal/"Special Metals" risk
- Significantly narrows scope of 1113 trial
- Consistent with ALPA agreement
- Preserves third party rights based on April 30, 2003 ruling



Slide 9