, JJ 2003 10.38 FR MTMT ROSEMONT      847 518 0855 TO 18477005503      P.0

Tentative Agreement United/ AFA-CWA Term Sheet    January 8, 2005
Subject to MEC approval and membership ratification

FOR AFA-CWA _____                               FOR UNITED _____

## APPENDIX B

LETTER OF AGREEMENT
between
UNITED AIR LINES, INC.
and
THE FLIGHT ATTENDANTS
in the service of
UNITED AIR LINES, INC.
as represented by
ASSOCIATION OF FLIGHT ATTENDANTS - CWA, AFL-CIO

THIS LETTER OF AGREEMENT is made and entered into in accordance with the Railway Labor Act by and between UAL Corp. (hereinafter referred to as "UAL"), UNITED AIR LINES, INC. (hereinafter referred to as the "Company") and the ASSOCIATION OF FLIGHT ATTENDANTS – CWA (hereinafter referred to as "AFA" or the "Association").

WHEREAS UAL, the Company, and the AFA-CWA have reached agreement concerning the revisions to the 2003 – 2009 Flight Attendant Agreement necessary for the Company to emerge from Chapter 11; and

WHEREAS the AFA-CWA has not agreed to any modifications to the Flight Attendant Defined Benefit Plan;

THEREFORE the parties to this Letter of Agreement hereby agree to the following:

United will withdraw without prejudice its Section 1113(c) rejection motion as to AFA-CWA, and United and AFA-CWA will continue to meet and confer regarding the Defined Benefit Plan. If the parties have not reached agreement on the Defined Benefit Plan by April 11, 2005, United will refile its Section 1113(c) motion (and accompanying memoranda) on that date, the parties thereafter may resume reasonable discovery on (i) unfinished discovery pending as of the date hereof and on (ii) additional information submitted by United in support of its motion and by the AFA in opposition to the motion, and the parties will proceed with a hearing (no earlier than May 11) on the motion as though the motion had remained pending and had not been withdrawn. The parties shall negotiate a trial and discovery scheduling order for the continued hearing and present such order to the Court at the January omnibus hearing.

**Tentative Agreement United/ AFA-CWA Term Sheet**
Subject to MEC approval and membership ratification

FOR AFA-CWA _[signature]_

January 8, 2005

FOR UNITED _[signature]_

FOR UNITED AIR LINES, INC:

_____
Peter B. Kain
Vice President – Labor Relations

FOR THE FLIGHT ATTENDANTS
IN THE SERVICE OF UNITED AIR LINES, INC.

_____
Patricia A. Friend, International President
Association of Flight Attendants-CWA, AFL-CIO

_____
Gregory E. Davidowitch, President
United Master Executive Council
Association of Flight Attendants-CWA, AFL-CIO