IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO, 501 Third Street, N.W. Washington, DC  20001, )<br><br>Plaintiff, )<br><br>v. )<br><br>PENSION BENEFIT GUARANTY CORPORATION, 1200 K Street, N.W. Washington, DC  20005, )<br><br>Defendant. ) | Civil Action No. _____<br><br>Expedited Hearing Requested |

### [PROPOSED] ORDER

Pursuant to Fed. R. Civ. P. 65, IT IS HEREBY ORDERED that the Plaintiff Association of Flight Attendants-CWA, AFL-CIO's Motion For A Preliminary Injunction is GRANTED.  Defendant Pension Benefit Guaranty Corporation ("PBGC") is enjoined from initiating the involuntary termination procedure with respect to the UAL Corporation Flight Attendant Defined Benefit Plan pursuant to the Settlement Agreement By and Among UAL Corporation and all Direct and Indirect Subsidiaries and PBGC so long as that agreement remains in effect, for the following reasons:

[Pursuant to Fed. R. Civ. P. 65(d), the Court sets forth reasons in detail.]

DATED: _____          _____
                                     UNITED STATES DISTRICT JUDGE

Copies to:

Robert S. Clayman  
Counsel for AFA  
GUERRIERI, EDMOND, CLAYMAN  
  & BARTOS P.C.  
1625 Massachusetts Avenue, N.W.  
Suite 700  
Washington, DC  20036

Jeffrey B. Cohen  
Chief Counsel  
PENSION BENEFIT GUARANTY  
  CORPORATION  
1200 K Street, N.W.  
Washington, DC  20005