IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ASSOKIATION OF FLIGHT                )
    ATTENDANTS-CWA, AFL-CIO,      )
                                                                 )
    Plaintiff,                                            )
                                                                 )
v.                                                              )   Case No. 1:05CV01036
                                                                 )
PENSION BENEFIT GUARANTY    )
    CORPORATION                                )
                                                                 )   Hon. Judge Ellen Segal Huvelle
    Defendant.                                        )
                                                                 )

## MOTION FOR LEAVE TO FILE AN AMICUS CURIAE MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Come now *Amici Curiae* to request leave from this Court to file a memorandum in support of Plaintiff's motion for a preliminary injunction in the above-styled case.

*Amici* George Miller and Jan Schakowsky are elected Members of the United States House of Representatives. As elected representatives whose constituents include a number of United Airlines employees and retirees, we have an interest in this case in ensuring that the statutory framework that Congress provided for pension plan terminations is respected.

We believe it would be desirable for the Court to hear the views of Members of the legislative body whose intent in passing the laws governing this matter may be determinative.

1

Respectfully submitted,

_____
GEORGE MILLER
Member of Congress
Senior Democrat
Committee on Education & the Workforce

_____
JAN SCHAKOWSKY
Member of Congress

2101 Rayburn House Office Building
Washington, DC 20515
Tel. 202-225-3725
Fax 202-226-4864

Date:   May 31, 2005