# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Columbia

Case Number: _____

Plaintiff:
**ASSOCIATION OF FLIGHT ATTENDANTS - CWA, AFL - CIO**

vs.

Defendant:
**PENSION BENEFIT GUARANTY CORPORATION**

Received by ALIASS on the 20th day of May, 2005 at 4:00 pm to be served on **PENSION BENEFIT GUARANTY CORPORATION C/O BRADLEY BELT, EXECUTIVE DIRECTOR - 1200 K STREET N.W., WASHINGTON, D.C. 20005**.

I, Elliot J. Roberts, being duly sworn, depose and say that on the **20th day of May, 2005 at 4:30 pm, I**:

Served the within named corporation by delivering a true copy of the **COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF, AFA'S MOTION FOR A PRELIMINARY INJUNCTION, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION, DECLARATION OF MATTHEW BABCOCK and DECLARATION OF GREGORY DAVIDOWITCH** to Jeffrey Cohen as Chief Counsel of the within named corporation, in compliance with State Statutes.

**Description** of Person Served: Age: 50s, Sex: M, Race/Skin Color: W, Height: 5'5", Weight: 180, Hair: Black, Glasses: Y

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

STATE OF VIRGINIA

COUNTY OF FAIRFAX

Subscribed and Sworn to before me on the 9th day of June, 2005 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

My Commission Expires: 12-3-07

_____
Elliot J. Roberts
Process Server

ALIASS
D.C.J.S.#11-3710
10560 Main Street, Suite 405
Fairfax, VA 22030
(703) 934-6777
Our Job Serial Number: 2005001549

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j