# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Columbia

Case Number: 1:05-CV-01036 (ESH)

Plaintiff:
**ASSOCIATION OF FLIGHT ATTENDANTS - CWA, AFL-CIO**

vs.

Defendant:
**PENSION BENEFIT GUARANTY CORPORATION**

Received by ALIASS on the 24th day of May, 2005 at 10:18 am to be served on **U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA - 555 4TH STREET, N.W., WASHINGTON, DC 20530**.

I, Elliot J. Roberts, being duly sworn, depose and say that on the **24th day of May, 2005 at 3:25 pm, I:**

Served a Government Agency by delivering a true copy of this **SUMMONS IN A CIVIL CASE, COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF, AFA'S MOTION FOR A PRELIMINARY INJUNCTION, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION OF ASSOCIATION OF FLIGHT ATTENDANTS - CWA, AFL-CIO, DECLARATION OF MATTHEW BABCOCK IN SUPPORT OF AFA'S MOTION FOR A PRELIMINARY INJUNCTION, DECLARATION OF GREGORY DIVIDOWITCH and (PROPOSED) ORDER** to Lori Cox as Legal Assistant of the within named agency.

**Description** of Person Served: Age: 30s, Sex: F, Race/Skin Color: B, Height: 5'2", Weight: 100, Hair: Black, Glasses: N

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

STATE OF VIRGINIA

COUNTY OF FAIRFAX

Subscribed and Sworn to before me on the 9th day of June, 2005 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

My Commission Expires: 12-31-07

_____
Elliot J. Roberts
Process Server

ALIASS
D.C.J.S.#11-3710
10560 Main Street, Suite 405
Fairfax, VA 22030
(703) 934-6777
Our Job Serial Number: 2005001608

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j