## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July, 2005, the Answer of Pension Benefit

Guaranty Corporation was filed electronically.  Notice of this filing was sent to all parties by

operation of the Court's electronic filing system.  Parties may access this filing through the

Court's system.


/s/ Andrea M. Wong
Andrea M. Wong