# ATTACHMENT A

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNITED AIR LINES, INC., et al., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| PENSION BENEFIT GUARANTY CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Chapter 11 |
| | ) | |
| vs. | ) | Case No. 02-B-48191 |
| | ) | (Jointly Administered) |
| UNITED AIR LINES, INC., as Plan Administrator for the United Airlines Pilot Defined Benefit Pension Plan, | ) | Adversary Proc. No. 05-481 |
| | ) | |
| Defendant, | ) | |
| | ) | Honorable Eugene R. Wedoff |
| and | ) | |
| | ) | |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, UNITED RETIRED PILOTS BENEFIT PROTECTION ASSOCIATION, ROGER D. HALL, DENNIS D. DILLON, GERARD TERSTIEGE, EUGENE M. CUMMINGS, RAYMOND P. FINK, JAMES M. KRASNO and WILLIAM L. RUTHERFORD, | ) | |
| | ) | |
| Intervenors. | ) | |

**ORDER AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL**

Upon the motion of the PBGC and United in the above-captioned Adversary Proceeding seeking entry of an Order authorizing the filing under seal of certain documents within the administrative record; and it appearing that the relief requested is in the best interest of the Debtors' estates, their creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to the referral of the adversary proceeding by the District

Court of the Northern District of Illinois; and it appearing that proper and adequate notice has been given and no other notice need be given; and that after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The PBGC is authorized to file under seal volumes 4 through 8 of the Administrative Record of the Pension Benefit Guaranty Corporation ("Confidential Documents").

3. Access to the documents will be limited to United, the Air Line Pilots Association, and the United Retired Pilots Benefit Protection Association.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

5. Any and all computations of or other matters related to time in connection with this Order shall be governed by Federal Rule of Bankruptcy Procedure 9006(a).

6. Notwithstanding any provision contained in this Order or the possible applicability of Bankruptcy Rules 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry, and all of the provisions of this Order shall be self-executing.

Chicago, Illinois
Dated:_____, 2005

_____
United States Bankruptcy Judge

MAR 1 8 2005

2