## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of July, 2005, the Unopposed Motion for Entry of an Order Authorizing the Filing of Certain Documents Under Seal, Memorandum in Support, Attachment A, and Proposed Order of Pension Benefit Guaranty Corporation was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Copies will also be served on the following via courier:

GEORGE MILLER
2101 Rayburn House Office Building
Washington, DC 20515

JAN SCHAKOWSKY
2101 Rayburn House Office Building
Washington, DC 20515

/s/ Andrea M. Wong
Andrea M. Wong