**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | Civil Action No. 05-1036 (ESH) |
| ) ) PENSION BENEFIT GUARANTY CORPORATION, ) ) ) | |
| Defendant. ) ) | |

**ORDER**

Upon consideration of defendant's Unopposed Motion for Entry of an Order Authorizing the Filing of Certain Documents Under Seal, it is hereby

ORDERED that the Motion [#15] is GRANTED. It is further

ORDERED that the PBGC is authorized to file under seal volumes 6 through 12 of the Administrative Record. It is further

ORDERED that access to these documents shall be limited to the Association of Flight Attendants and Court personnel.

_____
          s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:  July 26, 2005