# ATTACHMENT 1



**PBGC** Pension Benefit Guaranty Corporation
Protecting America's Pensions  1200 K Street, N.W., Washington, D.C. 20005-4026

Office of the Executive Director

<u>Via Federal Express</u>

JUN 2 3 2005

Mr. Glenn F. Tilton
Chairman, President and CEO
United Air Lines, Inc.
1200 East Algonquin Road
Elk Grove Township, IL 60007

## NOTICE OF DETERMINATION

PLEASE TAKE NOTICE that the Pension Benefit Guaranty Corporation ("PBGC") has determined, under section 4042(a)(2) and (4) of the Employee Retirement Income Security Act of 1974, *as amended* ("ERISA"), 29 U.S.C. § 1342(a)(2) and (4), that the United Airlines Flight Attendant Defined Benefit Pension Plan ("Plan") must be terminated because the Plan will be unable to pay benefits when due because of underfunding, and the possible long-run loss of the corporation with respect to the plan may reasonably be expected to increase unreasonably if the Plan is not terminated. PBGC further determined, under ERISA § 4042(c), 29 U.S.C. § 1342(c), that the Plan must be terminated in order to avoid an unreasonable deterioration of the financial condition of the Plan and any unreasonable increase in the liability of the fund. Accordingly, PBGC intends to proceed under ERISA § 4042, 29 U.S.C. § 1342, to have the Plan terminated and PBGC appointed as statutory trustee, and under ERISA § 4048, 29 U.S.C. § 1348, to have June 30, 2005, established as the Plan's termination date.

PBGC has completed the decision-making process in this matter; accordingly, this determination is effective on the date it is issued.

PENSION BENEFIT GUARANTY CORPORATION

_____
Bradley D. Belt

cc:   James H.M. Sprayregen, Esq.
      Greg Davidowitch