IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS – CWA, AFL-CIO, <br><br> Plaintiff, <br><br> v. <br><br> PENSION BENEFIT GUARANTY CORPORATION, <br><br> Defendant. | Civil Action No.: 1:05CV01036 <br><br> Judge Ellen Segal Huvelle |

**PROPOSED ORDER**

Upon consideration of the AFA's Motion to Compel Discovery and Pension Benefit Guaranty Corporation's Memorandum in Opposition to AFA's Motion to Compel Discovery, this Court finds that:

1. AFA has not made a showing that the administrative record regarding the termination of the Flight Attendant Defined Benefit Pension Plan is not complete;

2. AFA has not shown how additional technical information will assist the court; and

3. AFA has not made any showing that the Pension Benefit Guaranty Corporation has acted in bad faith;

THEREFORE, it is this _____ day of _____, 2005,

ORDERED, that Association of Flight Attendants' Motion to Compel Discovery is denied;

Dated:_____                    _____
                                         U.S. District Judge