**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of August, 2005, the Pension Benefit Guaranty Corporation's Opposition to AFA's Motion to Compel Discovery was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that on August 5, 2005, a true and correct copy of the same was served by electronic mail on:

Carmen Parcelli
Guerrieri, Edmond, Clayman & Bartos
1625 Massachusetts Avenue, N.W., Ste. 700
Washington, D.C. 20036

/s/ Andrea M. Wong
Andrea M. Wong