**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of September, 2005, the MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER AUTHORIZING FILING DOCUMENTS UNDER SEAL of the Pension Benefit Guaranty Corporation was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Copies will also be served on the following via courier:

GEORGE MILLER
2101 Rayburn House Office Building
Washington, DC 20515

JAN SCHAKOWSKY
2101 Rayburn House Office Building
Washington, DC 20515

/s/ Andrea M. Wong
Andrea M. Wong