IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS – CWA, AFL-CIO, ) ) ) | |
| Plaintiff, ) | Civil Action No.: 1:05CV01036 (ESH) |
| ) | |
| v. ) | |
| ) | |
| PENSION BENEFIT GUARANTY CORPORATION, ) ) ) | |
| Defendant. ) ) | |

**PBGC'S MOTION FOR SUMMARY JUDGMENT**

The Pension Benefit Guaranty Corporation ("PBGC") hereby moves this Court for summary judgment under Fed. R. Civ. P. 56. The grounds for the motion are set forth in the accompanying memorandum and statement of material facts.

October 3, 2005

Respectfully submitted,

/s/ Andrea M. Wong
JEFFREY B. COHEN
Chief Counsel
CHARLES L. FINKE
Associate Chief Counsel
PAULA CONNELLY
Assistant Chief Counsel
SHANNON L. NOVEY
ANDREA M. WONG
Attorneys
PENSION BENEFIT GUARANTY CORP.
Office of the Chief Counsel
1200 K Street, NW, Suite 340
Washington, D.C. 20005-4026
(202) 326-4020, ext. 3848 (telephone)
(202) 326-4112 (facsimile)
Wong.andrea@pbgc.gov and efile@pbgc.gov