IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF FLIGHT <br> ATTENDANTS – CWA, AFL-CIO, <br> <br> Plaintiff, <br> <br> v. <br> <br> PENSION BENEFIT GUARANTY <br> CORPORATION, <br> <br> Defendant. | Civil Action No.: 1:05CV01036 <br> (ESH) |

**NOTICE OF FILING PBGC'S STATEMENT OF MATERIAL FACTS**

PLEASE TAKE NOTICE that on October 7, 2005, the Pension Benefit Guaranty Corporation ("PBGC") is filing its Statement of Undisputed Material Facts in support of its Motion for Summary Judgment filed on October 3, 2005, Docket No. 22.

Date: October 7, 2005            Respectfully submitted,

　　　　　　　　　　　　　　　　　 /s/ Andrea M. Wong
　　　　　　　　　　　　　　　　JEFFREY B. COHEN, Chief Counsel
　　　　　　　　　　　　　　　　CHARLES L. FINKE, Associate Chief Counsel
　　　　　　　　　　　　　　　　NANCY HEERMANS, Associate Chief Counsel
　　　　　　　　　　　　　　　　JOHN A. MENKE, Assistant Chief Counsel
　　　　　　　　　　　　　　　　PAULA CONNELLY, Assistant Chief Counsel
　　　　　　　　　　　　　　　　SHANNON L. NOVEY, Attorney
　　　　　　　　　　　　　　　　ANDREA M. WONG, Attorney
　　　　　　　　　　　　　　　　DEVA KYLE, Attorney

　　　　　　　　　　　　　　　　PENSION BENEFIT GUARANTY CORP.
　　　　　　　　　　　　　　　　Office of the Chief Counsel
　　　　　　　　　　　　　　　　1200 K Street, NW, Suite 340
　　　　　　　　　　　　　　　　Washington, D.C. 20005-4026
　　　　　　　　　　　　　　　　(202) 326-4020, ext. 3848 (telephone)
　　　　　　　　　　　　　　　　(202) 326-4112 (facsimile)
　　　　　　　　　　　　　　　　Wong.Andrea@pbgc.gov & efile@pbgc.gov