IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                 )
ASSOCIATION OF FLIGHT            )
ATTENDANTS-CWA, AFL-CIO,         )
                                 )
          Plaintiff,             )
                                 )
     v.                          ) Civil Action No. 1:05CV01036
                                 )
PENSION BENEFIT GUARANTY         )
CORPORATION,                     )
                                 )
          Defendant.             )
_____)
```

### ORDER

Upon motion of the Association of Flight Attendants-CWA, AFL-CIO ("AFA"), for authorization to file under seal an unredacted version of AFA's summary judgment motion, IT IS HEREBY ORDERED that the motion is GRANTED.  Plaintiff may file under seal an unredacted version of the summary judgment motion with service upon Defendant Pension Benefit Guaranty Corporation.


DATED: _____          _____
                                     UNITED STATES DISTRICT JUDGE