IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>Defendant. | Civil Action No. 1:05CV01036 |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Association of Flight Attendants-CWA, AFL-CIO ("AFA"), hereby moves for summary judgment. AFA seeks to set aside the Pension Benefit Guaranty Corporation's ("PBGC") decision to terminate the pension plan covering Flight Attendants of United Airlines ("Flight Attendant Plan" or "Plan"). PBGC's decision to terminate the Plan should be overturned as it does not comport with the standards of the Administrative Procedure Act, which prohibits agencies from acting arbitrarily, capriciously, or otherwise not in accordance with law. 5 U.S.C. § 706 (2)(A). Plaintiff files the accompanying memorandum of law that fully sets forth the reasons for overturning PBGC's termination decision.

                    Respectfully submitted,

                    /s/ Robert S. Clayman
                    Robert S. Clayman, D.C. Bar No. 419631
                    Carmen R. Parcelli, D.C. Bar. No. 484459
                    GUERRIERI, EDMOND, CLAYMAN
                     & BARTOS, P.C.
                    1625 Massachusetts Avenue, N.W., Ste. 700
                    Washington, DC 20036-2243
                    (202) 624-7400
                    rclayman@geclaw.com
                    cparcelli@geclaw.com

                    Counsel for Association of Flight
Dated: October 24, 2005        Attendants-CWA, AFL-CIO

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 24, 2005, I electronically filed Plaintiff's Cross-Motion for Summary Judgment using the CM/ECF system. I further certify that on October 24, 2005, a true and correct copy of the same was served by electronic mail on:

>Jeffrey B. Cohen
>Chief Counsel
>Pension Benefit Guaranty Corporation
>1200 K Street, N.W.
>Washington, D.C. 20005
>cohen.jeffrey@pbgc.gov.
>
>Attorney for defendant PBGC

/s/ Robert S. Clayman
Robert S. Clayman