IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:05CV01036 |
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that Plaintiff Association of Flight Attendants-CWA, AFL-CIO ("AFA"), is filing the Declaration of Robert S. Clayman with Exhibits 1 through 31 via CD-Rom with the Clerk's Office this 25th date of October, 2005.

Respectfully submitted,

/s/ Robert S. Clayman
Robert S. Clayman, D.C. Bar No. 419631
Carmen R. Parcelli, D.C. Bar. No. 484459
GUERRIERI, EDMOND, CLAYMAN
 & BARTOS, P.C.
1625 Massachusetts Avenue, N.W., Ste. 700
Washington, DC 20036-2243
(202) 624-7400
rclayman@geclaw.com
cparcelli@geclaw.com

Counsel for Association of Flight
Attendants-CWA, AFL-CIO

Dated: October 25, 2005

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on October 25, 2005, I electronically filed the Notice of Filing using the CM/ECF system. I further certify that on October 25, 2005, a true and correct copy of the same was served by electronic mail on:

> Jeffrey B. Cohen
> Chief Counsel
> Pension Benefit Guaranty Corporation
> 1200 K Street, N.W.
> Washington, D.C. 20005
> cohen.jeffrey@pbgc.gov.
>
> Attorney for defendant PBGC

                                                   /s/ Robert S. Clayman
                                                 Robert S. Clayman