# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ASSOCIAT**ION OF FLIGHT ATTENDANTS-CWA, AFL-CIO<br><br>Plaintiff(s),<br><br>vs.<br><br>**PENSION BENEFIT GUARANTY CORPORATION**<br><br>Defendant(s). | Civil Case No: **05-1036(RWR)** |

## NOTICE REGARDING SEALED DOCUMENT

This Notice serves as notification that Plaintiff's opposition to defendant's motion for summary judgment [28] and memorandum in support of plaintiff's cross-motion for summary judgment [25] has been **FILED UNDER SEAL** in paper form in the Clerk's Office and will not be filed electronically. It will be maintained in the sealed case file in the Clerk's Office.

**NANCY MAYER-WHITTINGTON**

Clerk

**Date:** October 25, 2005