IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,<br><br>    Plaintiff,<br><br>    v.<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>    Defendant. | Civil Action No. 1:05CV01036 |

## NOTICE REGARDING SEALED DOCUMENT

This Notice serves as notification that an unredacted version of Plaintiff's Statement of Material Facts Not in Genuine Dispute [25] has been **FILED UNDER SEAL** in paper form in the Clerk's Office and will not be filed electronically. It will be maintained in the sealed case file in the Clerk's Office.

    Respectfully submitted,

    /s/ Robert S. Clayman
    Robert S. Clayman, D.C. Bar No. 419631
    Carmen R. Parcelli, D.C. Bar. No. 484459
    GUERRIERI, EDMOND, CLAYMAN & BARTOS P.C.
    1625 Massachusetts Avenue, N.W., Ste. 700
    Washington, DC 20036
    (202) 624-7400
    rclayman@geclaw.com
    cparcelli@geclaw.com

    Counsel for Association of Flight
Dated: October 27, 2005    Attendants-CWA, AFL-CIO

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on October 27, 2005, I electronically filed Notice Regarding Sealed Document using the CM/ECF system.  I further certify that on October 27, 2005, a true and correct copy of the same was served by electronic mail on:

    Jeffrey B. Cohen
    Chief Counsel
    Pension Benefit Guaranty
     Corporation
    1200 K Street, N.W.
    Washington, D.C.  20005
    cohen.jeffrey@pbgc.gov

    Attorney for defendant PBGC

          /s/ Robert S. Clayman
          Robert S. Clayman