IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS – CWA, AFL-CIO,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>PENSION BENEFIT GUARANTY CORPORATION,  )<br>  )<br>Defendant.  )<br>_____) | Civil Action No.: 1:05CV01036<br>(ESH) |

**NOTICE OF FILING OF DEFENDANT PENSION BENEFIT
GUARANTY CORPORATION'S REPLY IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that on the 4th day of November 2005, attorneys for the Pension Benefit Guaranty Corporation (PBGC) submitted to the Court PBGC's **OPPOSITION TO THE ASSOCIATION OF FLIGHT ATTENDANT's CROSS-MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT.** This document is docket number 32.

Date: November 10, 2005          Respectfully submitted,


   /s/ Andrea M. Wong
JEFFREY B. COHEN, DC Bar #347880
Chief Counsel
CHARLES L. FINKE
NANCY HEERMANS, DC Bar #291757
Associate Chief Counsels
JOHN A. MENKE, DC Bar #370540
PAULA CONNELLY, DC Bar #389055
Assistant Chief Counsels
SHANNON L. NOVEY, DC Bar #476277
ANDREA M. WONG, DC Bar #449128
DEVA KYLE
Attorneys
PENSION BENEFIT GUARANTY CORP.
Office of the Chief Counsel
1200 K Street, NW, Suite 340
Washington, D.C.  20005-4026
(202) 326-4020, ext. 3848 (telephone)
(202) 326-4112 (facsimile)
Wong.Andrea@pbgc.gov & efile@pbgc.gov