IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO, </br></br> Plaintiff, </br></br> v. </br></br> PENSION BENEFIT GUARANTY CORPORATION, </br></br> Defendant. | Civil Action No. 1:05CV01036 |

## NOTICE REGARDING SEALED DOCUMENT

This Notice serves as notification that an unredacted version of Plaintiff's Reply in Support of Cross-Motion for Summary Judgment [35] will be **FILED UNDER SEAL** in paper form in the Clerk's Office and will not be filed electronically. It will be maintained in the sealed case file in the Clerk's Office.

Respectfully submitted,

/s/ Robert S. Clayman
Robert S. Clayman, D.C. Bar No. 419631
Carmen R. Parcelli, D.C. Bar. No. 484459
GUERRIERI, EDMOND, CLAYMAN
 & BARTOS, P.C.
1625 Massachusetts Avenue, N.W., Ste. 700
Washington, DC 20036-2243
(202) 624-7400
rclayman@geclaw.com

Counsel for Association of Flight
Dated: November 18, 2005         Attendants-CWA, AFL-CIO

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 18, 2005, I electronically filed the Notice Regarding Sealed Document using the CM/ECF system. I further certify that on November 18, 2005, a true and correct copy of the same was served by electronic mail on:

>Jeffrey B. Cohen
>Chief Counsel
>Pension Benefit Guaranty
> Corporation
>1200 K Street, N.W.
>Washington, D.C. 20005
>cohen.jeffrey@pbgc.gov
>
>Attorney for defendant PBGC

>/s/ Robert S. Clayman
>Robert S. Clayman