IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS – CWA, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>Defendant. | Civil Action No.: 1:05CV01036<br><br>Judge Ellen Segal Huvelle |

## ADMINISTRATIVE RECORD
OF THE PENSION BENEFIT GUARANTY CORPORATION'S
DETERMINATION TO TERMINATE THE UNITED AIRLINES
FLIGHT ATTENDANT DEFINED BENEFIT PENSION PLAN

### VOLUMES 1-5
### UNSEALED
Available for viewing in room 1225
9:00 a.m. to 4:00 p.m.

Filed  July 22, 2005

JEFFREY B. COHEN, Chief Counsel (DC Bar #347880)
CHARLES L. FINKE, Associate Chief Counsel
NANCY S. HEERMANS, Associate Chief Counsel (DC Bar #291757)
JOHN A. MENKE, Assistant Chief Counsel (DC Bar #370540)
KAREN L. MORRIS, Assistant Chief Counsel (DC Bar #419786)
PAULA J. CONNELLY, Assistant Chief Counsel (DC Bar #389055)
SHANNON L. NOVEY, Attorney (DC Bar #476277)
STEPHANIE L. THOMAS, Attorney (DC Bar #440205)
ANDREA M. WONG, Attorney (DC Bar #449128)
JACQUELYN M. GRAY, Attorney
**PENSION BENEFIT GUARANTY CORPORATION**
Office of the Chief Counsel
1200 K Street, NW, Suite 340
Washington, D.C. 20005-4026
(202) 326-4020, ext. 3448 (telephone)
(202) 326-4112 (facsimile)
wong.andrea@pbgc.gov and efile@pbgc.gov

Attorneys for Pension Benefit Guaranty Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS – CWA, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>Defendant. | Civil Action No.: 1:05CV01036<br><br>Judge Ellen Segal Huvelle |

## ADMINISTRATIVE RECORD
OF THE PENSION BENEFIT GUARANTY CORPORATION'S DETERMINATION TO TERMINATE THE UNITED AIRLINES FLIGHT ATTENDANT DEFINED BENEFIT PENSION PLAN

### VOLUMES 6-12
On file with the Clerk's Office
SEALED PURSUANT TO ORDER DATED 7-26-05

Filed  July 22, 2005

JEFFREY B. COHEN, Chief Counsel (DC Bar #347880)
CHARLES L. FINKE, Associate Chief Counsel
NANCY S. HEERMANS, Associate Chief Counsel (DC Bar #291757)
JOHN A. MENKE, Assistant Chief Counsel (DC Bar #370540)
KAREN L. MORRIS, Assistant Chief Counsel (DC Bar #419786)
PAULA J. CONNELLY, Assistant Chief Counsel (DC Bar #389055)
SHANNON L. NOVEY, Attorney (DC Bar #476277)
STEPHANIE L. THOMAS, Attorney (DC Bar #440205
ANDREA M. WONG, Attorney (DC Bar #449128)
JACQUELYN M. GRAY, Attorney
**PENSION BENEFIT GUARANTY CORPORATION**
Office of the Chief Counsel
1200 K Street, NW, Suite 340
Washington, D.C. 20005-4026
(202) 326-4020, ext. 3448 (telephone)
(202) 326-4112 (facsimile)
wong.andrea@pbgc.gov and efile@pbgc.gov

Attorneys for Pension Benefit Guaranty Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS – CWA, AFL-CIO, | ) ) ) | |
| Plaintiff, | ) ) ) ) | Civil Action No.: 1:05CV01036 |
| v. | ) ) ) | |
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) ) ) | Judge Ellen Segal Huvelle |
| Defendant. | ) ) | |

## ADMINISTRATIVE RECORD
OF THE PENSION BENEFIT GUARANTY CORPORATION'S
DETERMINATION TO TERMINATE THE UNITED AIRLINES
FLIGHT ATTENDANT DEFINED BENEFIT PENSION PLAN

### SUPPLEMENT TO VOLUME 12
On file with the Clerk's Office
SEALED PURSUANT TO ORDER DATED 7-26-05
Filed pursuant to Court Order Dated  8-10-05

Filed  September 6, 2005

JEFFREY B. COHEN, Chief Counsel (DC Bar #347880)
CHARLES L. FINKE, Associate Chief Counsel
NANCY S. HEERMANS, Associate Chief Counsel (DC Bar #291757)
JOHN A. MENKE, Assistant Chief Counsel (DC Bar #370540)
KAREN L. MORRIS, Assistant Chief Counsel (DC Bar #419786)
PAULA J. CONNELLY, Assistant Chief Counsel (DC Bar #389055)
SHANNON L. NOVEY, Attorney (DC Bar #476277)
STEPHANIE L. THOMAS, Attorney (DC Bar #440205)
ANDREA M. WONG, Attorney (DC Bar #449128)
JACQUELYN M. GRAY, Attorney
**PENSION BENEFIT GUARANTY CORPORATION**
Office of the Chief Counsel
1200 K Street, NW, Suite 340
Washington, D.C. 20005-4026
(202) 326-4020, ext. 3448 (telephone)
(202) 326-4112 (facsimile)
wong.andrea@pbgc.gov and efile@pbgc.gov

Attorneys for Pension Benefit Guaranty Corporation