UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.  05-1036 (ESH) |
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

_____Pending before the Court are defendant's Motion for Summary Judgment and plaintiff's

Cross-Motion for Summary Judgment.  Upon consideration the written submissions of the parties

and oral argument, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment is **GRANTED** and

plaintiff's Cross-Motion for Summary Judgment is **DENIED**; it is further

**ORDERED** that the case is hereby dismissed with prejudice.


_____
          s/
ELLEN SEGAL HUVELLE
United States District Judge


Date: January 13, 2006